# NO. 12-17-00214-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *E.B.,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

On July 6, 2017, E.B. filed an original proceeding in which he challenged Respondent's temporary orders based on a Rule 11/Informal Conference Agreement between the parties in a divorce proceeding. On October 18, this Court conditionally granted E.B.'s petition and directed Respondent to vacate his April 27, 2017 temporary orders regarding child support, conservatorship, and possession. M.B. filed a petition for writ of mandamus with the Texas Supreme Court and the Supreme Court granted a stay of this Court's October order. *See **In re M.B.**,* No. 17-0944 (Tex. Nov. 30, 2017) (order). Subsequently, the Texas Supreme Court denied M.B.'s petition, without an opinion, and lifted its stay. *See **In re M.B.**,* No. 17-0944 (Tex. June 8, 2018) (notice). Accordingly, given the Supreme Court's ruling, by an order signed on July 9, 2018, Respondent complied with this Court's October 2017 opinion and order, rendering this proceeding moot. We ***dismiss*** E.B.'s petition for writ of mandamus as ***moot***.

Opinion delivered July 18, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 18, 2018**

**NO. 12-17-00214-CV**

**E.B.,**
Relator
V.
**HON. JASON A. ELLIS,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus E. B.; who is the relator in Cause No. 16-1151-E, pending on the docket of the County Court at Law of Smith County, Texas. Said petition for writ of mandamus having been filed herein on July 6, 2017, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*